BAR/DSG: USAO 2025R00486

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. 8:25-CR-343 PX |
| | * | |
| **YUSUFU MANSARAY,** | * | (Theft of Mail Matter, 18 U.S.C. § 1708; |
| | * | Possession of Stolen Mail Matter, |
| Defendant. | * | 18 U.S.C. § 1708; Forfeiture, |
| | * | 18 U.S.C. § 924(d), 981(a)(1)(C); |
| | * | 21 U.S.C. § 853) |
| | * | |
| | * | **UNDER SEAL** |

\*\*\*

### INDICTMENT

### COUNT ONE
### (Theft of Mail Matter)

The Grand Jury for the District of Maryland charges that:

On or about February 25, 2025, in the District of Maryland, the defendant,

**YUSUFU MANSARAY,**

did knowingly steal and take from and out of an authorized depository for mail matter—that is, a letter box located on Woodgate Court South in Bowie, Maryland—mail matter addressed to Victim 1 at an address on Woodgate Court South in Bowie, Maryland.

18 U.S.C. § 1708

## COUNT TWO
### (Possession of Stolen Mail Matter)

The Grand Jury for the District of Maryland charges that:

On or about February 25, 2025, in the District of Maryland, the defendant,

### YUSUFU MANSARAY,

did unlawfully have in his possession articles and things: to wit, letters, envelopes, and other material contained therein, which had been stolen, taken, and abstracted from letter boxes, which were authorized depositories for mail matter, knowing the same to have been stolen, taken, embezzled, and abstracted from authorized depositories for mail matter located in Bowie, Maryland.

18 U.S.C. § 1708

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as a part of any sentence in accordance with 18 U.S.C. §§ 924(d), 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c) in the event of the defendant's conviction under any of the offenses alleged in Counts One through Two of this Indictment.

### Mail Theft Forfeiture

2. Upon conviction of the offenses charged in Count One and Count Two of this Indictment, the defendant,

**YUSUFU MANSARAY,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

### Firearms Forfeiture

1. Upon conviction of the offenses charged in Count One and Count Two of this Indictment, the defendant,

**YUSUFU MANSARAY,**

2. shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) the following item seized in Bowie, Maryland, on or about February 25, 2025: One Jimenez Arms J.A. Nine 9mm pistol, bearing serial number 146326.

### Substitute Assets

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property of the defendant pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Kelly O. Hayes / BAR*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Date: November 6, 2025